# United States Court of Appeals
## For the First Circuit

### Designation of Attorney Presenting Oral Argument

**Counsel who intend to present oral argument to the court must file this form no later than two weeks prior to oral argument.**

Counsel presenting oral argument <u>must</u> be admitted to practice before this court and <u>must</u> have entered an appearance in the case. Counsel who have not entered an appearance <u>must</u> file an appearance and a motion for leave pursuant to Loc. R. 12.0(a) with this designation.

Appeal No.: 11-1805

Case Name: Redfern v. Napolitano

Date of Argument: April 3, 2013

Location of Argument: [✓] Boston    [ ] Puerto Rico    [ ] Other: _____

Name and appellate designation of the party(ies) you will be arguing on behalf of:
Jeffrey H. Redfern, Anant N. Pradhan

Attorney Name: Jeffrey Redfern          First Circuit Bar No.: Pro Se

Phone Number: 617-528-0892              Fax Number: _____

Email: Jeffreyredfern@hotmail.com

Check the box that applies:

[ ] I have already filed an appearance in this matter.

[ ] I am filing my appearance form and a motion in accordance with Loc. R. 12.0(a) contemporaneously with this form.

_____/s/ Jeffrey H. Redfern_____     _____3/27/2013_____
(Signature)                             (Date)

PLEASE NOTE: Only arguing counsel will be notified by phone when the opinion is released.