# United States Court of Appeals
## For the First Circuit

No. 11-1805

JEFFREY H. REDFERN; ANANT N. PRADHAN

Plaintiffs - Appellants

v.

JANET NAPOLITANO, in her official capacity as Secretary of Homeland Security; JOHN PISTOLE, in his official capacity as Administrator of the Transportation Security Administration

Defendants - Appellees

Before

Torruella, Lipez, and Howard,
Circuit Judges.

**ORDER OF COURT**
**Entered: June 7, 2013**

During briefing, Appellees Janet Napolitano and John Pistole represented that the Transportation Security Administration was in the process of phasing out all Advanced Imaging Technology (AIT) scanners not equipped with Automated Target Recognition software, namely backscatter scanners. Appellees further represented that all backscatter scanners would be removed from all U.S. airports by June 1, 2013. Upon consideration of these representations, as well as Appellees' Rule 28(j) letter dated March 19, 2013, the court now orders Appellees to submit an additional Rule 28(j) letter stating whether all backscatter scanners have in fact been removed.

Pursuant to Fed. R. App. P. 28(j), this letter shall not exceed 350 words. The Appellees have ten (10) days to comply with this order.

So ordered.

                                                           By the Court:

                                                           /s/ Margaret Carter, Clerk

cc:
Dina Michael Chaitowitz
Sydney A. Foster
Anant N. Pradhan
Jeffrey H. Redfern
Mark B. Stern
Mahesha Padmanabhan Subbaraman
Sharon Swingle
Christine J. Wichers