

**U.S. Department of Justice**

Civil Division, Appellate Staff
950 Pennsylvania Ave. NW, Rm. 7250
Washington, DC 20530

---

Tel: 202-353-2689

June 17, 2013

Ms. Margaret Carter
Clerk of the Court
U.S. Court of Appeals for the
   First Circuit
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA  02210

      RE:   *Redfern v. Napolitano,* No. 11-1805 (1st Cir.)
              Oral argument held on April 3, 2013, before
              Judges Torruella, Lipez, and Howard

Dear Ms. Carter:

      This letter is submitted in response to the Court's Order of June 7, 2013.  As the government has previously explained to the Court, Section 826 of the Federal Aviation Administration Modernization and Reform Act of 2012, codified at 49 U.S.C. § 44901(*l*)(2), requires that all AIT systems used for screening air passengers must be equipped with and employ Automated Target Recognition (ATR) technology by June 2012.  The TSA Administrator subsequently extended that deadline to May 31, 2013, as he was authorized to do by Congress.

      In compliance with that deadline, TSA has removed any AIT units that are not equipped with ATR capability from use in screening passengers.  On May 24, 2013, TSA formally notified the House Committee on Homeland Security that, as of May 16, 2013, all AIT units deployed by TSA are equipped with ATR capability.  A copy of that letter is attached.  Because efforts to develop effective

ATR technology for backscatter AIR units ended unsuccessfully several months ago, all backscatter scanners were removed from use in screening passengers.

          Sincerely,

          /s/ Sharon Swingle

          Sharon Swingle

cc:    Plaintiffs-appellants (via CM/ECF)



U.S. Department of Homeland Security
601 South 12th Street
Arlington, VA 20598

Transportation
Security
Administration

MAY 24 2013

The Honorable Michael McCaul
Chairman
House Committee on Homeland
 Security
U.S. House of Representatives
Washington, DC  20515

The Honorable Bennie G. Thompson
Ranking Member
House Committee on Homeland
 Security
U.S. House of Representatives
Washington, DC  20515

Dear Chairman McCaul and Ranking Member Thompson:

   I write today to inform you that I will not be further extending the deadline for equipping and deploying Automated Target Recognition (ATR) on the Transportation Security Administration's (TSA's) Advanced Imaging Technology (AIT) units.

   Under 49 U.S.C. §44901(l)(2), added by section 826 of the Federal Aviation Administration (FAA) Modernization and Reform Act of 2012, Pub. L. 112-95, all AIT systems used for screening passengers were required to be equipped with and employ ATR technology by June 2012.  Section 44901 also authorized the TSA Administrator to extend the implementation deadline by periods of not more than one year.  Last year, I extended the implementation deadline until May 31, 2013 (enclosure).

   As of May 16, 2013, all AIT units deployed by TSA are equipped with ATR capability.  Additionally, TSA's procurement of next generation AIT requires ATR capability.  TSA is in compliance with the statute, and I will no longer be seeking any further extension of the implementation deadline.

   On behalf of TSA, I appreciate your continued support for TSA's mission.  If you have any questions, please do not hesitate to personally contact me or the Office of Legislative Affairs at (571) 227-2717.

Sincerely yours,

John S. Pistole
Administrator

Enclosure